# Court of Appeals
## Tenth Appellate District of Texas

10-24-00409-CV

Lazy S Enterprises, LLC dba Hammertime Contractors,
Appellant

v.

Kimberly Jansonius and K & N Properties, LLC,
Appellees

On appeal from the
40th District Court of Ellis County, Texas
Judge Bob Carroll, presiding
Trial Court Cause No. 110908

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Lazy S Enterprises, LLC dba Hammertime Contractors, filed a motion to voluntarily dismiss this appeal on February 19, 2025. The motion is granted. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  February 27, 2025

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Appeal dismissed
CV06

